M. P. No. 1212. JOSEPH A. CHAREST, JR. *v.* FRANCIS A. HOWARD, *Warden.* Respondent directed to file answer to habeas corpus petition and *show cause,* if any he has, why writ should not issue as prayed, answer to comply with Provisional Order No. 7. *James Cardono,* Public Defender, *John P. Toscano, Jr.,* Asst. Public Defender, for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1239. JOHN MITCHELL *v.* BUREAU OF PROSECUTION *et al.* Petition for writ of prohibition denied. *Eugene F. Toro,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Robert J. McOsker,* City Solicitor of Providence, for respondents.

APPEAL No. 1171. ROBERT H. LATAILLE *et ux. v.* HOUSING AUTHORITY OF WOONSOCKET. Motion of plaintiffs granted and defendant directed to file a more definitive brief as prayed. Plaintiffs' motion for extension of time within which to file their brief is granted. *Zimmerman, Roszkowski & Brenner, Irving I. Zimmerman,* for plaintiffs. *Lavine and Sutherland, Richard R. Ackerman, Omer A. Sutherland,* for defendant.

APPEAL No. 1198. WILLIAM J. ROBERTS *et al. v.* ARDATH R. WILLS *et al.* Motion of appellants to supplement record is granted. *Longolucco & Parrilla, Joseph J. Parrilla,* for plaintiff-appellees. *Francis V. Reynolds,* for defendant-appellants.